IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

JANE DOE, a United States resident and citizen,

*Plaintiff,*

v.

MARK ANTHONY YOUNG, a United Kingdom citizen,
CAROL AALIYAH MUHAMMAD, a United Kingdom citizen, and
ELITE AB CLINIC, Ltd., a United Kingdom corporation,

*Defendants.*

**COMPLAINT AND JURY TRIAL DEMAND**

Plaintiff Jane Doe, by and through her counsel of record, pursuant to F.R.C.P. 3, 7(a) and 8(a) of the Federal Rules of Civil Procedure, commences this action by filing this Complaint against Defendants Elite AB Clinic, Ltd., and its owners, Mark Anthony Young and Carol Aaliyah Muhammad, and states and alleges as follows:

**PARTIES**

1. Ms. Doe is an individual and a United States ("U.S.") citizen domiciled in the State of Colorado.

2. Defendant Elite AB Clinic, Ltd., is a corporation with its principal place of business in the United Kingdom ("Elite AB Clinic"), at 71-75 Shelton Street, Covent Garden, London, United Kingdom, WC2H 9JQ.

1

3.     Based on information and belief, Defendants Mark Anthony Young and Carol Aaliyah Muhammad are United Kingdom citizens. Public records list both Mr. Young and Ms. Muhammad as the directors and owners of Elite AB Clinic.

## JURISDICTION AND VENUE

4.     This Court may exercise subject matter jurisdiction over the claims set forth in this Complaint because "the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of a State and citizens or subjects of a foreign state." 28 U.S.C. § 1332(a)(2). This matter also involves violations of federal law, specifically the Copyright Act (17 U.S.C. §§ 101 et. seq.).

5.     Venue in this Court is proper because, "if there is no district in which an action may otherwise be brought as provided in this section, [the action may be brought in] any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b)(3).

6.     28 U.S.C. § 1391(c)(2) also provides for venue in the underlying litigation because "an entity with the capacity to sue and be sued in its common name under applicable law, whether or not incorporated, shall be deemed to reside, if a defendant, in any judicial district in which such defendant is subject to the court's personal jurisdiction with respect to the civil action in question."

7.     This Court may exercise personal jurisdiction consistent with the Constitution of the United States over the Defendants as they purposefully targeted American companies, individuals, consumers and the intellectual property of American citizens. See *Lang Van, Inc., v. VNG Corporation*, No. 19-56452 (9th Cir. 2022).

8. Personal jurisdiction may also be established pursuant to Fed. R. Civ. P. 4(k)(2), which states: " Federal Claim Outside State Court jurisdiction. For a claim that arises under federal law, serving a summons or filing a waiver of service establishes personal jurisdiction over a defendant if: (A) the defendant is not subject to jurisdiction in any state's courts of general jurisdiction; and (B) exercising jurisdiction is consistent with the United States Constitution and laws."

## STATEMENT OF FACTS

9. Elite AB Clinic is a registered corporation in the United Kingdom per the Companies House website, owned and operated by the United Kingdom government.

10. Mr. Young and Ms. Muhammad are both listed on the company's official government registration documents as its directors.

11. Elite AB Clinic represents online that it is in the process of opening a clinic in the United States per its Facebook Page for the proposed clinic, as well as other social media.

12. The Elite AB Clinic Facebook page for the proposed clinic in the United States ("US Elite AB Clinic Facebook") is located at https://www.facebook.com/groups/244894807207052/.

13. The About Section for the US Elite AB Clinic Facebook page as of July 10, 2023, reads as follows:

> "We hope to open a Clinic in the USA in 2023 and are actively seeking a Investor. The Clinic will have more than one Therapist/Counsellor available as there are many reason, we do the ABDL. On the weekend the Nanny would take care of all your needs, and these would be discussed before you visit so we can give you the care you want. Each Nursery will have a cot and Highchair with a changing table and a large sofa with soft toys and a Large TV for Cartoons or Videos. Over the weekend the therapist will give you 6 sessions of therapy, and this of course will be between you and the Therapist. We will also have a sand pit and a small play area in the Garden, which is not overlooked, There will also be a room if the AB wants to bring a partner or Carer with them for the experience. The Format of the Visit is very open as it's a Bespoke service and I want to make

3

it available to as many as possible."

See **Exhibit 1** (attached).

14. Per a February 3, 2023, public post on the Elite AB Clinic Europe Twitter account, Mr. Young is currently building a clinic in Ohio. See **Exhibit 2** (attached).

15. The Defendants have also held out to the public that Elite AB Clinic is in the process of opening a clinic in the United Kingdom.

16. The Elite AB Clinic Facebook page for the proposed clinic in the United Kingdom is located online at  https://www.facebook.com/groups/379083935773913.

17. Mr. Young is an administrator for both the US Elite AB Clinic Facebook Page and the UK Elite AB Clinic Facebook Page.  See **Exhibit 1** and **3** (attached).

18. Elite AB Clinic and Mr. Young have come under public scrutiny in recent years for allegedly engaging in  a scam to take money from individuals who believe they are investing in a clinic to provide mental health services to a niche community with childhood trauma, only to discover that the representations on which they relied were false, including but not limited to the status of construction, and affiliated medical professionals. See **Exhibit 4** (attached).

19. In 2023, Dr. Rhoda Lipscomb issued a public statement ("Dr. Lipscomb Public Statement") on her website about Elite AB Clinic and Mr. Young's apparently fraudulent behavior and ongoing scheme to take money from investors who believe they are funding an actual clinic, including representing to third-parties that Dr. Lipscomb was involved with the clinic when she was not in reality.

20. The Dr. Lipscomb Public Statement is located at https://thediaperdoctor.com/statement-regarding-elite-ab-clinic-and-mark-young/.

21. Ms. Doe holds intellectual property rights in her professional photos associated with her

business and industry persona, Goddess Kat Marie.

22. Ms. Doe operates under her fictitious persona of "Goddess Kat Marie" as a sex industry professional, including but not limited to high-end online erotic modeling (often fully-clothed), performance art via suspension devices and roleplaying, and holding private, VIP, screened theme parties.

23. Ms. Doe has taken steps, as many individuals do in this industry, to protect herself from harassment and retaliation for her participation, including keeping many of her professional images behind a privacy or pay-wall.

24. Ms. Doe previously operated a private Tumblr account on which she posted selections of her professional images.

25. Many of these pictures were taken without authorization from behind a privacy wall and reposted on Tumbex.com.

26. Prior to April 28, 2023, Ms. Doe learned that Mr. Young was posting her professional images on social media accounts for Elite AB Clinic without her permission, authorization, or consent.

27. Ms. Doe contacted Mr. Young through Twitter and demanded that he stop posting her professional images on Twitter, explicitly stating she holds the intellectual property rights to them.

28. Mr. Young initially agreed to cease posting Ms. Doe's professional images and took them down, but began to engage in the same misconduct again on or around April 28, 2023.

29. Ms. Doe at no time has been affiliated with Elite AB Clinic.

30. Ms. Doe has no desire to be affiliated with Elite AB Clinic, in part due to the fact that Elite AB Clinic is believed by many people online to be a scam.

31.   When Mr. Young would not stop posting Ms. Doe's professional images, she began on or around April 28, 2023, to post on social media that she is not affiliated with Elite AB Clinic and that the company is using her professional images without her authorization, approval, or consent.

32.   Ms. Doe publicly posted that she was not affiliated with Elite AB Clinic to mitigate her own damages and clarify any consumer confusion.

33.   Ms. Doe tagged the Elite AB Clinic Twitter to put Mr. Young and his company on further legal notice of her lack of consent to use her professional images, name or likeness.

34.   Although Mr. Young would state in same or similar terms that he was allowed to do so under fair use in response to Ms. Doe, specifically that he was simply resharing pictures on social media using the internal application tools, he both used images known to be unauthorized and behind a privacy wall from Tumbex, as well as failing to credit Ms. Doe and removing her own advertising language.

35.   In one example of many, Mr. Young posted a copyrighted image of Ms. Doe with the following above the image " another-chapter-of-the-mouse-and-the-motorcyletumbex.com/goddesskatmari  @Goddesskatmarie". See **Exhibit 5** (attached).

36.   The URL "another-chapter-of-the-mouse-and-the-motorcyletumbex.com/goddesskatmari" does not actively link to any website or webpage.

37.   The Tumbex post Mr. Young claims to have simply reshared using internal application tools includes the following original text from Ms. Doe's Tumblr account:

> "Another Chapter of the Mouse and the Motorcycle tonight.... We are getting to the good parts Come join us every Monday for more of Mommy's favorite book during Monday's with Mommy Kat
> https://www.instagram.com/p/Ci_sbD3jfAY6qyOU3N4kPvH9VWwn3mjRlITnG00/?igshid=NGJjMDIxMWI="

See **Exhibit 6** (attached).

38. Based on information and belief, Mr. Young removed all descriptive text accrediting the work to Ms. Doe and the business event associated with the advertisement.

39. Mr. Young also was on notice that the image in question from Tumbex.com was stolen and being used without Ms. Doe's authorization, permission or consent.

40. On May 8, 2023, Mr. Young sent Ms. Doe a message from the Elite AB Clinic Europe Twitter account (@AdultBabyGalaxy) which reads: "Hi I hope you are well."

41. Ms. Doe responded later that same day on May 8, 2023, with a clear message: "Stop posting my trademarked images." See **Exhibit 7** (attached).

42. On or around May 8, 2023, Ms. Doe filed takedown requests under the Digital Millennium Copyright Act with Twitter against the Elite AB Clinic account.

43. While initially successful, Twitter stopped the holds on the Elite AB Clinic account as Ms. Doe had not taken any legal action yet against Mr. Young or his company.

44. On or around May 19, 2023, Mr. Young in response to the DMCA takedown requests sent Ms. Doe the following message through the Elite AB Clinic LTD Twitter account:

> "I do not want to Ruin your business. I ask that you stop tweeting about me and I will leave you alone. If not I will share your content with all Right wing sites and also law enforcement in the USA. I repeat please you have a thriving Business I don't want to hurt it but you really need to stop. Thanks for your time Mark Young."

See **Exhibit 8** (attached).

45. On or after May 19, 2023, Mr. Young using the Elite AB Clinic Twitter account began to post Ms. Doe's professional images from her Instagram page without her authorization, permission, or consent.

7

46. On or around July 4, 2023, Mr. Young using the Elite AB Clinic Twitter account tagged Ms. Doe's Twitter account and wrote: "Because you endorse the two accounts [@Lars_Alister and @notELITECLINIC] below, I take this as an okay to post your private pictures from your paid accounts."

47. Mr. Young owns and runs a paid-Patreon account, on which he is believed to be disseminating Ms. Doe's professional images without her authorization, permission or approval based on his statements in Paragraph 46.

48. Elite AB Clinic represents that it advertises products and other business affiliates on its website and social media.

49. On May 31, 2023, the Elite AB Clinic Twitter posted the following: "Come and advertise your Adult Baby Products with us at Elite AB Clinic LTD. Our Website is first on Google when Adult Baby Nursery is searched. We are also fourth for ABDL Nursery. Email adverts@eliteabclinic.com"  See **Exhibit 9** (attached).

50. The Instagram page for Elite AB Clinic LTD (eliteabsnursery) explicitly states it has "proud adult nappy ambassadors."

51. Based on information and belief, including Mr. Young's representations and past behavior, he and his company are profiting, or attempting to profit, off Ms. Doe's name and likeness without her authorization, permission, or approval, through use of her professional images and private pictures from her paid accounts.

52. Based on information and belief, consumers have confused Ms. Doe's association with Elite AB Clinic and that she is a "Proud Adult Nappy Ambassador" or otherwise affiliated with the company.

53. Ms. Doe has experienced severe emotional distress because of Mr. Young, including but

not limited to lost sleep and anxiety for the future of her business being wrongfully affiliated with Elite AB Clinic and its financial scheme, in addition to Mr. Young's explicit threats to subject her to online harassment by turning her into a target of "Right-Wing Media" if she does not stop exercising her First Amendment rights and legal remedies.

54. Mr. Young's use of Ms. Doe's professional images has created community confusion, particularly as his social media represents having professional mommies, nannies and "nappy ambassadors" under the mantle of Elite AB Clinic.

## COUNT I
## COPYRIGHT INFRINGEMENT
## (17 U.S.C. §§ 101 et. seq.)

55. The Plaintiff reasserts and realleges all preceding paragraphs as if set forth in full below.

56. Elite AB Clinic displays on its website and social media professional photographs taken from Ms. Doe's social media accounts to generate profits and revenues, including but not limited to, per Defendant Young's own admission, "private images from paid accounts."

57. The Copyright Act, under which Ms. Doe brings this suit, is intended "[t]o promote the Progress of Science and useful Arts, " U.S. Const. art. I, § 8, cl. 8, "by granting authors a limited monopoly over (and thus the opportunity to profit from) the dissemination of their original works of authorship. " See *Hunley v. Buzzfeed, Inc.*, 1:20-CV-08844-ALC (S.D.N.Y. Sep. 30, 2021) (citing and quoting *Authors Guild, Inc. v. HathiTrust*, 755 F.3d 87, 95 (2d Cir. 2014)).

58. Congress has provided for four nonexclusive factors that allow an exception to the rule under the doctrine of fair use:

> "[T]he fair use of a copyrighted work . . . for purposes such as criticism, commentary, comment, news reporting, teaching (including multiple copies for classroom use), scholarship, or research, is not an infringement of copyright. In determining

> whether the use made of a work . . . is a fair use, the facts to be considered shall include-
>
> (1) the purpose and character of the use, including whether such use is of a commercial nature or is for nonprofit educational purposes;
> (2) the nature of the copyrighted work;
> (3) the amount and substantiality of the portion used in relation to the copyrighted work as a whole; and
> (4) the effect of the use upon the potential market for or value of the copyrighted work."

See 17 U.S.C. § 107.

59. The inquiry concerns the transformative nature of the work. *Bill Graham Archives v. Dorling Kindersley Ltd.*, 448 F.3d 605, 608 (2d Cir. 2006). It also concerns whether the "use is of a commercial nature or is for nonprofit educational purposes." 17 U.S.C. § 107(1). "The more transformative the new work, the less will be the significance of other factors, like commercialism, that may weigh against a finding of fair use." *Campbell v. Acuff-Rose Music, Inc.,* 510 U.S. 569, 569 (1994).

60. The primary purpose and character of the use of Ms. Doe's images by Defendants or their agents is commercial in nature, specifically to drive viewership to his pages and potential investors.

61. The Defendants or their agents' use of Ms. Doe's images is not transformative and makes no changes, alterations, or edits to the original images.

62. The Defendants or their agents' use of Ms. Doe's image does not add anything new, with a further purpose or different character, altering the first with new expression, meaning, or message. See *Bill Graham*, 448 F.3d at 608 (quotation omitted); *Authors Guild*, 804 F.3d at 214 ("[A] transformative use is one that communicates something new and different from the original or expands its utility, thus serving copyright's overall objective of contributing to public

knowledge.")

63. Neither Defendants nor their agents' credit or identify Ms. Doe as the author or owner of the original images subject to this Complaint.

64. Defendants or their agents merely use the photographs on occasion to identify Ms. Doe and make no modification to the copyrighted material after embedding or reposting the photos.

65. Defendants or their agents simply collect the photos and names of the model ─ they do not provide any altered expression or meaning to the allegedly infringed work beyond that for which it was originally created by the copyright holders. *Nunez v. Caribbean Int'l News Corp.*, 235 F.3d 18, 23 (1st Cir. 2000) ("[B]y using the photographs in conjunction with editorial commentary, " the copyrighted work transformed "into news-and not the mere newsworthiness of the works themselves.").

66. Based on information and belief, as a direct and proximate result of the Defendants or their agents using her intellectual property rights without her permission, authorization, or consent, Ms. Doe has and will continue to experience economic damages to be determined at trial.

## COUNT II
## MISAPPROPRIATION OF LIKENESS

67. The Plaintiff reasserts and realleges all preceding paragraphs as if set forth in full below.

68. The Defendants used Ms. Doe's name or likeness when the Defendants or their agents used Ms. Doe's pictures and videos to falsely represent that she was a brand ambassador or otherwise affiliated with the company.

69. Ms. Doe did not consent to allowing the Defendants or their agents to use her name or likeness, including but not limited to Ms. Doe's name, photographs, videos and other identifying information.

70. The Defendants or their agents did not use Ms. Doe's name or likeness to publicize a true newsworthy event or a matter of public concern.

71. The Defendants or their agents used Ms. Doe's name or likeness to obtain a commercial benefit for itself.

72. The Defendants or their agents' invasion of Ms. Doe's privacy has caused and will cause her to incur the following damages: attorneys' fees; investigation costs; incidental expenses; inconveniences; loss of income; emotional distress; impairment of quality of life; and reputational diminishment.

## COUNT III
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

73. The Plaintiff repeats and realleges each of the allegations in the preceding paragraphs previously pled as if each were set forth in full herein.

74. The Defendants or their agents engaged in extreme and outrageous conduct toward Ms. Doe when Mr. Young, using official Elite AB Clinic social media accounts, threatened to send Ms. Doe's intimate pictures, affiliation with certain professional industries, and other identifying information to far right news sources and the police to intimidate or retaliate against her for exercising her legal rights, specifically filing DMCA take-down requests and alerting third-parties to an ongoing scam.

75. The Defendants or their agents engaged in conduct recklessly or with the intent of causing Ms. Doe severe emotional distress.

76. Ms. Doe incurred severe emotional distress caused by the conduct of the Defendants or their agents.

## COUNT IV
## RESPONDEAT SUPERIOR

77. The Plaintiff repeats and realleges each of the allegations in the preceding paragraphs previously pled as if each were set forth in full herein.

78. Under the doctrine of respondeat superior, Defendant Elite AB Clinic is liable for the acts of its employees or agents, the individual Defendants in this action.

79. At all times relevant, the individual Defendants acted within the scope of their duties with Elite AB Clinic.

80. At all times relevant, the individual Defendants acted in furtherance of their duties to Elite AB Clinic.

81. At all times relevant, the individual Defendants acted with the express authorization of Elite AB Clinic.

82. As a direct and proximate result of the negligence, recklessness, actual malice or willfulness of Elite AB Clinic and its agents, Ms. Doe has sustained mental, psychological, emotional, and reputational damages. Ms. Doe has also suffered additional injuries and damages to be proved at trial.

## COUNT V
(Aiding and Abetting)

83. The Plaintiff reasserts and realleges all preceding paragraphs as if set forth in full below.

13

84. The individual Defendants helped and encouraged each other to engage in extreme and outrageous conduct recklessly or intentionally calculated to cause Ms. Doe severe emotional distress.

85. At least one wrongful objective of the individual Defendants' helping and encouraging one another to engage in the herein alleged wrongful conduct was to coerce or intimidate Ms. Doe out of fear of online harassment from "right wing sites" to not exercise her legal rights or pursue recourse against the Defendants.

### COUNT VI
(Permanent Injunction)

86. The Plaintiff reasserts and realleges all preceding paragraphs as if set forth in full below.

87. Absent this Court's permanent injunction, the Defendants will continue to publish Ms. Doe's professional images in violation of copyright law and the common law tort of invasion of privacy by misappropriation of name or likeness.

88. The Plaintiff will suffer irreparable harm if this Court does not grant permanent injunctive relief that proscribes the Defendants and their agents from continuing to publish her professional images herein alleged to be subject to her copyright or interests under the common law tort of invasion of privacy by misappropriation of name or likeness.

89. This Court may grant injunctive relief that proscribes the publication of copyrighted materials as it is unlawful.

90. A permanent injunction will not unduly harm or prejudice the Defendants.

91.     Public policy favors granting permanent injunctive relief in this case because granting such relief will support public policies in favor of deterring copyright and intellectual property right violations.

### REQUEST FOR RELIEF

Wherefore, Ms. Doe respectfully requests that this honorable Court enter judgment in her favor and against Defendants on Counts I through VI above granting the following relief:

a.  Permanent injunctive relief that prohibits Defendants from engaging in the conduct complained of herein;

b.  Statutory damages pursuant to 17 U.S.C. § 504(c) or, in the alternative, actual damages based on Defendants' earnings resulting from the alleged infringement;

c.  An award of damages in an amount to be determined at trial, but no less than $150,000.00 USD;

d.  An award of prejudgment and post-judgment interest, as allowed by law;

e.  An award of costs and attorney fees; and

f.  Such further relief as this Court deems just and proper.

### JURY DEMAND

Ms. Doe makes a jury demand consistent with Federal Rule of Civil Procedure 38.

Respectfully submitted this  4th day of September 2023,

LAW OFFICE OF CASSANDRA M. KIRSCH, LLC

 /s/Cassandra M. Kirsch
Cassandra M. Kirsch, # 46502

LAW OFFICE OF CASSANDRA M. KIRSCH, LLC
600 17th Street, Ste. 2800-S
Denver, CO 80202

*Attorney for Plaintiff*

**Original Signature on File**