**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*8:18 am, Aug 22, 2024*
**JEFFREY P. COLWELL, CLERK**

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Civil Action No. 1:23-cv-02255-SKC**

**JANE DOE, a United States resident and citizen, Plaintiff,**

**v.**

**MARK ANTHONY YOUNG, a United Kingdom citizen, CAROL AALIYAH MUHAMMAD, a United Kingdom citizen, and ELITE AB CLINIC, Ltd., a United Kingdom corporation, Defendants.**

**MOTION FOR REMOTE APPEARANCE**

Judge Michael E. Hegarty.

**Dear** Judge Michael E. Hegarty.

I, Mark Young, respectfully request that the Court grant me permission to appear remotely at the Status Conference scheduled for September 20, 2024, at 1:15 PM MST in Courtroom A 501 before Magistrate Judge Michael E. Hegarty.

I will be using the following remote access information:

- **Phone Number:** 888-278-0296
- **Access Code:** 8212991#

**Justification:**

- **Distance:** I am located in the United Kingdom, and it would be prohibitively expensive and time-consuming to travel to Denver for the Status Conference.
- **Health Considerations:** As I think you are aware, I have been diagnosed with bipolar disorder, and the stress and emotional distress caused by this lawsuit have been particularly challenging. Attending the conference remotely will allow me to participate without the added burden of travel and potential disruptions.

**Conclusion:**

I respectfully request that the Court grant my motion for remote appearance. I am committed to participating fully in this case and appreciate the court's consideration of my request.

Thank you for your attention to this matter.

**Respectfully submitted,**

**Mark Young**

**Suite 51 2 Mount Sion**

**Tunbridge Wells**

**KENT TN1 1UE**

**markyoung@eliteabclinic.com**