IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 23-cv-02255-SKC-MEH | Date: | September 20, 2024 |
| Courtroom Deputy: | Christopher Thompson | FTR: | A 501 |

*Parties:*  *Counsel:*

JANE DOE,   Cassandra Kirsch

    Plaintiff,

v.

MARK ANTHONY YOUNG,   Pro Se Mark Young (by phone)
CAROL AALIYAH MUHAMMAD,
ELITE AB CLINIC, LTD.,

    Defendants.

**COURTROOM MINUTES**
**STATUS CONFERENCE**

**Court in session:**  1:22 p.m.

Court calls case.   Appearances of Pro Se Defendant Mark Young and counsel.

Discussion held regarding the status of the case and Pro Se Defendant Mark Young's [ECF 59] *Motion for Clarification and Response to September 4, 2024, Motion for Default Judgment* with the Court's rulings made on the record. Pro Se Defendant Young states service was insufficient and he believes the [ECF 29] *Clerk's Entry of Default* is improper. The Court explains to Pro Se Defendant the need for him to file a *Motion to Set Aside Clerk's Entry of Default* and to refile, separately, his Response to Plaintiff's [ECF 50] *Second Motion for Default Judgment*.

The Court grants Mr. Young's oral *Motion for Appointment of Pro Bono Counsel.*

The Court directs Plaintiff to file unredacted versions of any redacted exhibits attached to Plaintiff's [ECF 50] *Second Motion for Default Judgment* as *Restricted Level 3* filings, viewable by the Court only, accompanied by a *Motion to Restrict*.

**ORDERED:**  Pro Se Defendant Mark Young's oral *Motion for Appointment of Pro Bono Counsel* is **GRANTED.** Accordingly, the Court **DIRECTS** the Clerk of Court to select, notify, and appoint counsel to represent Plaintiff from the Civil Pro Bono

Panel program. Pro Se Defendant Mark Young is advised that the Clerk will select counsel from the Panel, however, there is no guarantee that members will undertake representation in every case. The Court cautions that Pro Se Defendant Mark Young remains responsible for all discovery requirements and scheduled matters, including hearings, depositions, motions, and trial.

Pro Se Defendant Mark Young's Response to Plaintiff's [ECF 50] *Second Motion for Default Judgment* is due **on or before October 4, 2024**, as stated on the record.

Pro Se Defendant Mark Young's *Motion to Set Aside Clerk's Entry of Default* is due **on or before October 4, 2024**, as stated on the record.

Pro Se Defendant Mark Young's [ECF 59] *Motion for Clarification and Response to September 4, 2024, Motion for Default Judgment* is **MOOT**.

**Court in recess:**     2:00 p.m.     Conference concluded.
Total in-court time:   00:38

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.