**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*2:50 pm, Nov 04, 2024*
**JEFFREY P. COLWELL, CLERK**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:23-cv-02255-SKC**

**Jane Doe, Plaintiff,**

v.

**Mark Anthony Young, Carol Aaliyah Muhammad, and Elite AB Clinic, Ltd., Defendants.**

**Motion for Reasonable Accommodations under the Americans with Disabilities Act (ADA)**

TO THE HONORABLE COURT:

I, [Mark Young], respectfully submit this motion requesting reasonable accommodations in court proceedings under the Americans with Disabilities Act (ADA).

Due to my documented mental health conditions, including Bipolar Disorder, cognitive impairments, and other stress-related disabilities,

I am seeking procedural adjustments to ensure fair and meaningful participation in these legal processes.

## Background and Procedural History

**History of Mental Health Conditions:**

- I have a long-standing diagnosis of Bipolar Disorder, documented as early as 1999, and noted in various medical reports over decades.

- This diagnosis is coupled with cognitive impairments that affect my processing speed, concentration, and response capabilities under stress.
- Medical records from 2022 highlight my vulnerability as a patient classified under "vulnerable adult" status in the UK due to severe mental health issues, difficulty in communication, and impaired self-protection.

**Procedural Challenges:**

- **Lack of Notification**: On August 7, 2024, Plaintiff filed a motion for default judgment without direct notification. I only discovered this by manually checking PACER. This lack of timely notice placed me at a significant disadvantage.
- **Response and Disregard**: On August 14, 2024, I filed motions for an extension of time to respond and seek legal counsel. Despite these filings, a Clerk's Entry of Default was issued on August 15, 2024, without considering my submissions.
- **Judge's Commentary and My Response**: During the September 20, 2024, status conference, the judge remarked on my stutter.
- I explained that my stutter, noted in medical evaluations, is triggered by severe stress due to Bi-polar and impacting my ability to communicate effectively under pressure.

**Procedural Issues and Lack of Notification:**

- **Insufficient Notice**: The Plaintiff incorrectly presumed that I received ECF notifications, which I did not. The resulting procedural errors were beyond my control and contributed to substantial stress, paranoia, and cognitive overload.

- **Mental Health Impact**: The procedural deficiencies compounded the stress of litigation, exacerbated my mental health symptoms, and impaired my ability to represent myself effectively. This aligns with the ADA's recognition that people with disabilities must be given accommodation to avoid such undue hardships.

## Request for Accommodations

To ensure compliance with the ADA and to protect my right to fair participation in court proceedings, I respectfully request the following accommodations:

1. **Direct Notification**:

    a. Ensure all court filings, orders, and relevant communications are sent directly to me via mail and email to mitigate missed notifications and the associated anxiety of constant PACER checks.
2. **Extended Deadlines**:
   a. Grant extended response deadlines for motions and orders to accommodate my cognitive processing challenges, enabling me to respond thoroughly and accurately.
3. **Simplified Communications**:
   a. Provide procedural instructions in simplified, plain language to reduce misunderstandings and procedural errors.
4. **Permission for Mental Health Advocate**:
   a. Allow a designated mental health advocate to accompany me during court hearings to help manage stress, facilitate clearer communication, and support me in understanding proceedings.
5. **Recognition of Pro Se Limitations**:
   a. Consider my filings, even when procedurally flawed, as good-faith efforts to comply with court processes, in light of my pro se status and mental health conditions.

## Supporting Evidence

- Medical documentation, including assessments dated [1990-2024], illustrating my status as a vulnerable adult and detailing my cognitive and communicative impairments.
- Records confirm my classification under "vulnerable adult" due to mental health and cognitive challenges.
- I can supply to the court Contact details for my two long-term healthcare providers, who can corroborate the impact of my conditions on my court participation if needed.

## Conclusion

The ADA mandates reasonable accommodations for individuals with disabilities to ensure equitable access to judicial processes.

Denial of these accommodations would unjustly prejudice my defense and exacerbate my mental health.

I respectfully urge the court to grant these accommodations to allow for meaningful participation and avoid further procedural disadvantages.

**Thank you for your attention to this critical matter.** I am prepared to provide any additional information or clarification the court requires.

Respectfully submitted,

/s/ Mark Anthony Young

Mark Anthony Young

Pro Se Defendant

Suite 51, 2 Mount Sion

Tunbridge Wells

KENT TN1 1UE

United Kingdom

markyoung@eliteabclinic.com

Dated: November 4th, 2024

CERTIFICATE OF SERVICE I certify that on November 4th, 2024, a true and correct copy of this response was served on Plaintiff's counsel via email:

• Cassandra M. Kirsch ckirsch@cmklawoffice.com

cassandrakirsch@gmail.com