IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 23-cv-02255-SKC-MEH | Date: | November 25, 2024 |
| Courtroom Deputy: | Christopher Thompson | FTR: | A 501 |

*Parties:* — *Counsel:*

JANE DOE, — Cassandra Kirsch

   Plaintiff,

v.

MARK ANTHONY YOUNG, — Pro Se Mark Young (by phone)
CAROL AALIYAH MUHAMMAD,
ELITE AB CLINIC, LTD.,

   Defendants.

**COURTROOM MINUTES**
**STATUS CONFERENCE**

**Court in session:**   11:33 a.m.

Court calls case. Appearances of Pro Se Defendant Mark Young and counsel. No appearances by or on behalf of Defendants Carol Muhammad or Elite AB Clinic, Ltd.

Discussion held regarding Defendant Young's [ECF 93] *Motion for Clarification Regarding URL Discrepancy in Plaintiff's Filings*. The Court explains that this *Motion* is not necessary, as both Parties agree that the subject of the *Motion* was purely a typographical error, and the Court will treat it as such.

Discussion held regarding the status of the case and Defendant Young's [ECF 102] *Motion to Set Aside Clerk's Entry of Default*. With no opposition from Plaintiff, the Court will grant Defendant Young's *Motion* and set aside the [ECF 29] *Clerk's Entry of Defaul*t entered against him. However, the [ECF 29] *Clerk's Entry of Default* against Defendants Muhammad and Elite AB Clinic, Ltd., remains.

The Court grants Plaintiff's request to withdraw and refile her [ECF 50] *Motion for Default Judgment* in light of the Court vacating the *Clerk's Entry of Default* as to Defendant Young.

Discussion held regarding Plaintiff's [ECF 79] *Restricted Document*. The Court will amend the Restriction Level from Level 3 to Level 1 to allow all case participants to access to the filing.

**ORDERED:**  The [ECF 93] *Motion for Clarification Regarding URL Discrepancy in Plaintiff's Filings* is **DENIED AS MOOT**, as stated on the record.

The [ECF 102] *Motion to Set Aside Clerk's Entry of Default* is **GRANTED as to only Defendant Mark Young**. *Clerk's Entry of Default* against Defendants Carol Aaliyah Muhammad and Elite AB Clinic, Ltd., remains entered, as stated on the Record.

Defendant Mark Young's Answer to Plaintiff's [1] *Complaint* is **due by December 9, 2024**, as stated on the record.

Plaintiff's request to withdraw and refile their [ECF 50] *Motion for Default Judgment* is **GRANTED** and [ECF 50] *Motion for Default Judgment* is hereby **WITHDRAWN**. Plaintiff's revised *Motion* is **due by December 9, 2024**, as stated on the record.

Plaintiff's [ECF 79] *Restricted Document* shall be **amended** to be maintained under Restriction Level 1 rather than Restriction Level 3, as stated on the record.

**Court in recess:**    12:14 p.m.    Conference concluded.
Total in-court time:    00:41

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.