IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02255-SKC-MEH

JANE DOE,

    Plaintiff,

v.

MARK ANTHONY YOUNG,
CAROL AALIYAH MUHAMMAD, and
ELITE AB CLINIC, LTD,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, Chief U.S. Magistrate Judge, on December 11, 2024.**

    Before the Court are three filings: "Plaintiff's Motion for Default Judgment Against Defendant Elit AB Clinic and Carol Aaliyah Muhammad with Request for Evidentiary Hearing on Damages Pursuant to Fed. R. Civ. P. 55(b)(2)" [ECF 115/118]; "Defendant Mark Anthony Young's Motion to Hold Default Judgment Proceedings in Abeyance Pending Resolution of Primary Claims" [ECF 116]; and "Defendant Carol Aaliyah Muhammad's Pro Se Motion to Dismiss for Improper Service and Failure to State a Claim" [ECF 117].

    The Court first turns to Defendant Young's Motion. ECF 116. In it, Defendant Young asks the Court to "[h]old in abeyance all proceedings related to Plaintiff's Motion for Default Judgment until Defendant Young has fully defended himself and the primary claims against him are adjudicated on the merits." *Id.* at 5. However, Plaintiff's Motion for Default Judgment is asserted against Defendant Muhammad and Elite AB Clinic; not Defendant Young. *See* ECF 115. As the Court previously explained to Defendant Young, "a pro se litigant[] cannot represent the interests of another Party in a case." ECF 46 at 2 (citing *Blosfield v. McCarthy*, No. 19-cv-03201-GPG, 2019 WL 13337337, at *2 (D. Colo. Dec. 19, 2019) ("[A] *pro se* litigant may not represent other *pro se* litigants in federal court.")). Thus, Defendant Young cannot ask the Court for relief related to a motion that has no effect on him as a pro se litigant. Accordingly, the Court **denies** the Motion. ECF 116.

    Next, the Court considers the effect of Defendant Muhammad's appearance in this case through her Motion to Dismiss [ECF 117] on Plaintiff's Motion for Default Judgment [ECF 115/118]. Plaintiff's Motion asks the Court to "enter a default judgment against Defendants AB Clinic and Carol Aaliyah Muhammad." ECF 115 at 1. At a Status Conference held on November 25, 2024, Plaintiff withdrew her previous Motion for Default Judgment [ECF 50] due

to Defendant Young's appearance in this case and asked for the Court's leave to revise and refile it to only be asserted against Defendant Muhammad and Elite AB Clinic, who had not yet appeared in the case. ECF 107. The Court granted such leave, and Plaintiff refiled the Motion for Default Judgment against only those two Defendants on December 9, 2024. *Id.*; ECF 115. The next day, however, Defendant Muhammad made her first appearance in this case through her Motion to Dismiss. ECF 117.

Thus, the Court orders Plaintiff to file a Notice on the Docket **on or before this Friday, December 13, 2024** indicating, in light of Defendant Muhammad's appearance, (1) whether she opposes vacating the Clerk's Entry of Default against Defendant Muhammad [ECF 29], and (2) whether she would like to once again withdraw her Motion for Default Judgment [ECF 115].

If Plaintiff agrees to the above, the Court grants her leave to refile her Motion for Default Judgment against only Defendant Elite AB Clinic **on or before December 27, 2024** if she is inclined to do so.

As a general reminder, pro se Defendants shall maintain an up-to-date mailing address with the Clerk of Court by filing a Notice every time their address changes.