IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02255-SKC-MEH

JANE DOE,

      Plaintiff,

v.

MARK ANTHONY YOUNG,
CAROL AALIYAH MUHAMMAD, and
ELITE AB CLINIC, LTD,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, Chief U.S. Magistrate Judge, on January 3, 2025.**

      Before the Court is yet another motion filed by pro se Defendant Mark Anthony Young, this time titled "Motion to Hold Default Judgment Proceedings in Abeyance to Protect Due Process Rights." ECF 139. Although Defendant Young insists that this Motion "does not seek to interfere with or represent the clinic's interests," that is the only possible way that this Motion can be understood. *Id*. at 1. To grant the relief that Defendant Young is requesting, the Court would have to enter an order preventing Plaintiff from pursuing default judgment proceedings against Defendant Elite AB Clinic, Ltd. As explained in several prior court Orders, Defendant Young cannot represent another defendant's interests in court, nor can he represent an entity as a pro se litigant. An entity must be represented by counsel in federal court.

      Further, the Motion seeks relief based on possible future filings by Plaintiff. Thus, the Motion is premature; currently, Plaintiff does not have any pending Motions for Default Judgment on the Docket. Accordingly, the Court **denies** the Motion. ECF 139.

      As a general reminder, pro se Defendants shall maintain an up-to-date mailing address with the Clerk of Court by filing a Notice every time their address changes.