IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02255-SKC-CYC

JANE DOE,

    Plaintiff,

v.

MARK ANTHONY YOUNG,
CAROL AALIYAH MUHAMMAD, and
ELITE AB CLINIC, LTD,

    Defendants.

___

**MINUTE ORDER**
___

**Entered by Cyrus Y. Chung, U.S. Magistrate Judge, on January 27, 2025.**

    This matter comes before the Court upon ECF No. 181, Plaintiff's Motion to Restrict Confidential Documents within ECF Nos. 147 and 180.

    For good cause shown, and without waiting for a response from Defendants, *see* D.C.COLO.LCivR 7.1(d), IT IS HEREBY ORDERED that the Motion to Restrict Confidential Documents, ECF No. 181, is **GRANTED**.

    The Clerk is hereby directed to maintain the following exhibits within ECF No. 147 at Restriction Level 1 pursuant to D.C.COLO.L.CivR 7.2, limiting access thereto to the Parties and the Court:

- Exhibit 3 (ECF No. 147-4),
- Exhibit 4 (ECF No. 147-5),
- Exhibit 5 (ECF No. 147-6),
- Exhibit 15 (ECF No. 147-16),
- Exhibit 16 (ECF No. 147-17),
- Exhibit 17 (ECF No. 147-18),
- Exhibit 18 (ECF No. 147-19),
- Exhibit 19 (ECF No. 147-20),
- Exhibit 20 (ECF No. 147-21),
- Exhibit 21 (ECF No. 147-22),
- Exhibit 22 (ECF No. 147-23),
- Exhibit 23 (ECF No. 147-24), and
- Exhibit 28 (ECF No. 147-28).

The Clerk is directed to revert the remainder of the documents under ECF No. 147 to unrestricted status.

The Clerk is hereby further directed to maintain all exhibits within ECF No. 180 at Restriction Level 1 pursuant to D.C.COLO.L.CivR 7.2, limiting access thereto to the Parties and the Court. For future reference, it is unnecessary to file an additional copy of restricted materials when one already exists on the docket.

The plaintiff is also reminded that the proper title for a United States Magistrate Judge is "Judge" or "Magistrate Judge," not "Magistrate." *See* Judicial Improvements Act of 1990, Pub. L. No. 101-650, 104 Stat. 5089 (1990).