IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02255-SKC-CYC

JANE DOE,

    Plaintiff,

v.

MARK ANTHONY YOUNG,
CAROL AALIYAH MUHAMMAD, and
ELITE AB CLINIC, LTD,

    Defendants.

___

**MINUTE ORDER**
___

**Entered by Cyrus Y. Chung, U.S. Magistrate Judge, on February 4, 2025.**

    This matter comes before the Court upon ECF No. 186, Plaintiff's Motion to Restrict Access Level 1 on Select Exhibits to December 9, 2024 Motion for Default Judgment at ECF No. 115, Or Strike the Motion in the Alternative.

    For good cause shown, and without waiting for a response from Defendants, *see* D.C.COLO.LCivR 7.1(d), IT IS HEREBY ORDERED that the Motion to Restrict Confidential Documents, ECF No. 186, is **GRANTED**.

    The Clerk is hereby directed to maintain the following exhibits within ECF No. 115 at Restriction Level 1 pursuant to D.C.COLO.L.CivR 7.2, limiting access thereto to the Parties and the Court:

- Exhibit 3 (ECF No. 115-4),
- Exhibit 4 (ECF No. 115-5),
- Exhibit 5 (ECF No. 115-6),
- Exhibit 15 (ECF No. 115-16),
- Exhibit 16 (ECF No. 115-17),
- Exhibit 17 (ECF No. 115-18),
- Exhibit 18 (ECF No. 115-19),
- Exhibit 19 (ECF No. 115-20),
- Exhibit 20 (ECF No. 115-21),
- Exhibit 21 (ECF No. 115-22),
- Exhibit 22 (ECF No. 115-23),
- Exhibit 23 (ECF No. 115-24), and
- Exhibit 28 (ECF No. 115-28).

The Clerk is directed to revert the remainder of the documents under ECF No. 115 to unrestricted status.