FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3:31 pm, Mar 18, 2025
JEFFREY P. COLWELL, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02255-SKC-CYC

JANE DOE,

 Plaintiff,

v.

MARK ANTHONY YOUNG, ELITE AB CLINIC, LTD., and CAROL AALIYAH MUHAMMAD,

 Defendants.

## DEFENDANT'S UNOPPOSED MOTION TO RECOGNIZE PLAINTIFF'S WAIVER OF ANONYMITY

Defendant Mark Young, appearing pro se, respectfully submits this **Unopposed Motion** requesting that the Court formally recognize Plaintiff's waiver of anonymity and direct that she be referred to as "Goddess Kat Marie" or "Kat Marie" in all future filings.

### INTRODUCTION

Plaintiff Jane Doe has voluntarily and repeatedly identified herself in connection with this case under her public alias, "Goddess Kat Marie." She has participated in media interviews, appeared in publicly available articles, and shared content about this lawsuit on social media under that alias.

As outlined in **Defendant Young's Notice Regarding Plaintiff's Public Use of Media (ECF 194)**, Plaintiff has actively engaged with the press & podcasts while maintaining anonymity in court. Given this, she cannot selectively invoke anonymity when it benefits her while simultaneously making public statements about the lawsuit under her well-known public alias.

Additionally, Plaintiff's counsel has confirmed that she does not oppose this motion. Accordingly, Defendant requests that the Court recognize Plaintiff's waiver of anonymity and permit future references to her as "Goddess Kat Marie" or "Kat Marie" in court filings.

## FACTUAL BACKGROUND

1. **Plaintiff's Public Disclosures**
    a. Plaintiff has publicly discussed this lawsuit in interviews, including:
        i. A **Denver Post** article dated January 20, 2024.
        ii. A **Daily Mail** article dated January 21, 2024.
    b. Plaintiff has shared these articles on social media, further identifying herself in connection with the case under her alias.
2. Plaintiff herself submitted evidence referencing her alias in court

**Plaintiff's Counsel Confirms No Opposition**

    a. In an email dated **March 7, 2025**, Plaintiff's counsel, Cassandra Kirsch, stated:

*"Plaintiff and her counsel recognize that Jane Doe is the default and preference for court pseudonyms; however, objecting to the motion would create an unnecessary motion battle and result in unnecessary waste of judicial economy, time, and costs. Accordingly, Plaintiff has agreed not to oppose a motion which requires her pseudonym be changed from 'Jane Doe' to 'Goddess Kat Marie' to match her persona used on social media. This will allow Defendants to refer to her as 'Goddess Kat Marie' or 'Kat Marie' during filings."*

### ARGUMENT

### *A. Plaintiff Has Waived Anonymity Through Public Actions*

**Courts have held that a party who voluntarily discusses their lawsuit in public loses the ability to claim anonymity.**

*Doe v. Megless*, 654 F.3d 404, 411 (3d Cir. 2011) (holding that a plaintiff's voluntary public disclosures undermine the need for anonymity).

As documented in **Defendant Young's Notice Regarding Plaintiff's Public Use of Media (ECF 194)**, Plaintiff has:

- Voluntarily given media interviews about this case.

- Shared those media reports online.
- Submitted exhibits in this litigation referencing her public alias.

These actions demonstrate a clear waiver of anonymity, as courts consider public self-identification to be a critical factor in deciding whether anonymity should be maintained.

### B. Plaintiff Affirmatively Agrees to This Change

Unlike cases where a court must determine anonymity over a plaintiff's objection, here, Plaintiff has **explicitly confirmed** through counsel that she does not oppose this motion. Given this express agreement, there is no need for further argument or evidentiary support beyond the record already before the Court.

### CONCLUSION

Because Plaintiff has already waived her anonymity through public statements and has now affirmatively agreed to this change, Defendant respectfully requests that the Court:

1. Recognize that Plaintiff has waived her anonymity as it relates to her alias.
2. Direct that Plaintiff be referred to as "Goddess Kat Marie" or "Kat Marie" in all future filings.
3. Grant any further relief the Court deems appropriate.

**Dated:** [18th March 2025]

**Respectfully submitted,**

/s/ Mark Anthony Young

**Mark Anthony Young**

Pro Se Defendant

Suite 51, 2 Mount Sion

Tunbridge Wells, Kent TN1 1UE

Email: markyoung@eliteabclinic.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of March 2025, a true and correct copy of the foregoing Motion was served via electronic mail a upon all counsel of record.

Cassandra Kirsch,

Yatooma Law PC

**100 Renaissance Center Ste 2-2101**

**#43437**. Detroit, MI 48243

Ckirsch@normanyatooma.com

By hand

Carol Muhammad

**CERTIFICATION OF AI USAGE**

Pursuant to the Standing Order of Judge S. Kato Crews in the U.S. District Court for the District of Colorado, the undersigned certifies that some portion of this filing was drafted with the assistance of generative artificial intelligence (AI).

However, this document's contents were personally reviewed, researched, edited, and approved by Mark Young.

**/s/ Mark Anthony Young**