IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02255-SKC-CYC

JANE DOE,

    Plaintiff,

v.

MARK ANTHONY YOUNG and
ELITE AB CLINIC, LTD,

    Defendants.

_____

**MINUTE ORDER**
_____

**Entered by Cyrus Y. Chung, United States Magistrate Judge, on March 28, 2025.**

    At the March 11, 2025 Scheduling Conference, the Court scheduled a Settlement Conference for March 31, 2025 at 9:30 a.m. Because Defendant Mark Young is located outside of the country, the Court is allowing him to appear at the settlement conference via video. Defendant Young shall use the information below to attend the settlement conference.

    For laptop/PC - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, click on the link below to join. **IMPORTANT: Contact Chambers or the Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting**:

https://meet.uc.uscourts.gov/meeting/900939000?secret=Agw0K.l3HH9zbu4iZchF3Q

**Note: Use the default of "Continue with browser" to join the meeting.**