IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Cyrus Y. Chung**

| | |
|---|---|
| Civil Action No: 1:23-cv-02255-SKC-CYC | Date:  March 31, 2025 |
| Courtroom Deputy:  Stefanie Jeffries | FTR:  Courtroom C205* |

| *Parties:* | *Counsel:* |
|---|---|
| JANE DOE, | Cassandra M. Kirsch |
| Plaintiff, | |
| v. | |
| MARK ANTHONY YOUNG, | Pro se |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER:   SETTLEMENT CONFERENCE**

**9:37 a.m.**   **Court in session.**

Appearance of counsel for Plaintiff.   Pro se defendant appears via video teleconference.

Introductory remarks by the court.

**9:43 a.m.**   Off the record. Confidential Settlement Conference

**2:51 p.m.**   **Court in session.**

The parties acknowledge an agreement has been reached as to all claims and have executed a material terms sheet.

**ORDERED:**   In light of an agreement being reached as to all claims, the Court finds all pending motions (ECF 148, 217) to be MOOT.

The parties shall file dismissal documents within 45 days.

**2:54 p.m.**   **Court in recess.**
Hearing concluded.
Total in-court time:   0:09
The Court spent ten hours preparing for and conducting this settlement conference.
*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.