IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02255-SKC-CYC

JANE DOE,

    Plaintiff,

v.

MARK ANTHONY YOUNG and
ELITE AB CLINIC, LTD,

    Defendants.

## MINUTE ORDER

**Entered by Cyrus Y. Chung, United States Magistrate Judge, on May 28, 2025.**

    This matter is before the Court on the plaintiff's Motion to Restrict Access to Motion to Enforce Confidential Settlement Agreement and Corresponding Exhibits (the "Motion"). ECF No. 234. In the Motion, the plaintiff asks the Court to restrict at Level 1 the Motion to Enforce Confidential Settlement Agreement and all corresponding exhibits. *Id.*

    The plaintiff's Motion fails to comply with D.C.COLO.LCivR 7.2(c). The plaintiff appears to request a wholesale restriction of ECF No. 233 and all its attachments without explaining why an alternative to restriction is not possible. D.C.COLO.LCivR 7.2(c). Indeed, it appears that some of the attached exhibits are information easily available to the public. *See* ECF Nos. 233-3, 233-8, 233-9.

    For the reasons stated herein, and without awaiting a reply from the plaintiff, *see* D.C.COLO.L.CivR 7.1(d), IT IS HEREBY ORDERED that the Motion, ECF No. 234, is **DENIED without prejudice**.

    The plaintiff may file a renewed motion to restrict on or before June 6, 2025. Failure to file a motion to restrict will result in the Court directing the Clerk to remove the current restrictions in ECF No. 233.

    Finally, the plaintiff filed ECF No. 239, her reply in support of the Motion to Enforce the Settlement Agreement. This document, however, was not accompanied by a motion to restrict, and no motion to restrict has been filed since. The Local Rules provide that "[i]f a document is filed as a restricted document without an accompanying motion to restrict, it shall retain the restriction selected by the filer for 14 days. If no motion to restrict is filed within such time period, the restriction shall expire and the document shall be open to public inspection."

D.C.COLO.LCivR 7.2(e). It is **ORDERED** that an appropriate motion to restrict be filed no later than June 6, 2025.

2