FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
12:02 pm, Jun 12, 2025
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02255-SKC-CYC

Jane Doe,

Plaintiff,

v.

Mark Anthony Young,

Defendant.

# NOTICE REGARDING ACCESS TO COURT FILINGS AND REQUEST FOR DUE PROCESS PROTECTION

Defendant Mark Anthony Young, appearing pro se, respectfully submits this notice to the Court to address an ongoing issue regarding access to Court orders and filings, which affects my ability to respond and participate meaningfully in this litigation.

## *I. Lack of Access as a Pro Se Litigant*

As a pro se litigant, I do not have access to PACER or the restricted docket entries in this case.

I rely entirely on Plaintiff's counsel for honesty for filings that affect my rights.

And plaintiff had my Email September 2023 and filed default motions without informing me until August 2024 telling me after she did not need to serve me.

## II. Plaintiff's Reference to a Court Order Without Providing It

Plaintiff's counsel recently contacted me and stated that a Court order had been entered and asked for a response. I immediately informed counsel that I had no access to the docket or the order in question.

To date, Plaintiff's counsel has failed to provide that order or reply to my request.

This failure effectively deprives me of notice and the opportunity to be heard, particularly as Plaintiff continues to file materials under Level 1 restriction without serving me or justifying the sealing beyond vague references to "confidentiality."

I have never seen the Full docket so what proof do I have all the Filings shared are the same as on the Docket.

Plaintiff is in public accusing me of crimes related to another Lawsuit and at same time trying to get this court to take away my rights as I have no recourse in a state court,

## III. Pattern of Unfair Practice and Timing of Filings

Plaintiff has repeatedly filed materials late in the evening or over weekends, often under restrictions, thereby avoiding prompt review or rebuttal.

This practice appears designed to prevent timely response or public scrutiny and undermines the fairness and transparency of the proceedings.

I defaulted within a day. It takes 4-7 days for me to get the motions etc. by post.

## IV. Relief Requested

I respectfully request that the Court:

1. Direct that all court orders be sent to me by email, to ensure notice and protect due process;
2. Give me access to the full docket to confirm the filings match what plantiff sent me.
3. Permit me to respond to any ruling or restricted filing once I receive access to the referenced material.

I am attempting in good faith to comply with the Court's procedures and ask only for the basic notice and opportunity to be heard to which I am entitled.

**Dated:** [12 June 2025]

**Respectfully submitted,**

**/s/ Mark Anthony Young**

**Mark Anthony Young**

Pro Se Defendant

Suite 51, 2 Mount Sion

Tunbridge Wells, Kent TN1 1UE

Email: markyoung@eliteabclinic.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12h day of June 2025, a true and correct copy of the foregoing Motion was served via electronic mail upon all counsel of record.

Cassandra Kirsch,

Yatooma Law PC

100 Renaissance Center Ste 2-2101

#43437. Detroit, MI 48243

Ckirsch@normanyatooma.com