IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02255-SKC-CYC

JANE DOE,

    Plaintiff,

v.

MARK ANTHONY YOUNG and
ELITE AB CLINIC, LTD,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Cyrus Y. Chung, United States Magistrate Judge, on June 27, 2025.**

    This matter is before the Court on the defendant's Notice Regarding Access to Court Filings and Request for Due Process Protection (the "Motion"). ECF No. 249. The Court considers the Motion without awaiting a response from the plaintiff. *See* D.C.COLO.LCivR 7.1(d). For the reasons stated herein, the Motion, ECF No. 249, is **DENIED**

    The defendant requests that all court orders be sent to him via email. ECF No. 249 at 3. The Court mails its filings to the defendant. If, for some reason, the defendant requires additional copies of those docket entries, he may follow the Copy Request Form Instructions available at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/Forms.aspx. Accordingly, the defendant's request is **denied.**

    The defendant next requests that the Court give him access to the full docket. To the extent the defendant is asserting that he cannot access documents filed at a Level 1 Restriction, that restriction still allows for the parties and the Court to have access to the filings. *See* D.C.COLO.LCivR 7.2(b). Additionally, the plaintiff, if he has not yet done so, may make a PACER account at https://pacer.uscourts.gov/. Accordingly, the defendant's request is **denied.**

    The defendant also argues that plaintiff's counsel has not provided him with copies to a Court order. However, the plaintiff is only responsible for serving the defendant with her filings. And according to the Certificates of Service accompanying her filings, she has been doing so.

    Finally, the defendant requests that he be permitted to respond to any ruling or restricted filing after he receives the Court orders. But the Court is free to rule on any motion "at any time after it is filed." D.C.COLO.LCivR 7.1(d). Accordingly, the defendant's request is **denied.**