IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02255-SKC-CYC

JANE DOE,

    Plaintiff,

v.

MARK ANTHONY YOUNG and
ELITE AB CLINIC, LTD,

    Defendants.

---

# MINUTE ORDER
---

**Entered by Cyrus Y. Chung, United States Magistrate Judge, on June 26, 2025.**

    This matter is before the Court on the plaintiff's Motion to Restrict Access to Reply in Support of Motion to Enforce Confidential Settlement Agreement and Request for Attorney's Fees and Costs (the "Motion"). ECF No. 243. The Court considers the Motion without awaiting a response from the defendant. D.C.COLO.LCivR 7.1(d). In the Motion, the plaintiff asks the Court to restrict at Level 1 her reply to the Motion to Enforce Confidential Settlement Agreement. *Id.*

    The plaintiff explains that redaction would prevent or hinder the Court from being able to adequately review the Motion to Enforce Confidential Settlement Agreement. To remedy this, however, the plaintiff may file a restricted and redacted version of the Motion to Enforce Confidential Settlement Agreement and Select Exhibits. *See Tracy v. Suncor Energy (U.S.A.) Inc.*, No. 20-CV-01597-WJM-NYW, 2021 WL 5140300 (D. Colo. Nov. 4, 2021) ("[A]lthough Defendant argues that redaction would prevent the court from fully considering the Motion . . . Defendant could have filed a restricted, unredacted copy of its Motion . . . as well as an unrestricted version which redacts the limited paragraphs which Defendant seeks to protect, which would provide more transparency and public access to the Motion . . . than what Defendant currently proposes."). Indeed, the plaintiff acknowledges this possibility in her Conclusion. ECF No. 243 at 5 ("Should this Court deny Ms. Doe's request, she alternatively requests permission to file a redacted version of the Reply.").

    Accordingly, the plaintiff's Motion, ECF No. 243, is **DENIED without prejudice**. The plaintiff **shall** file a redacted version of its Reply.

The plaintiff may file a renewed motion to restrict as well as the aforementioned redacted version of the Reply on or before July 18, 2025. Failure to file a motion to restrict will result in the Court directing the Clerk to remove the restriction in ECF No. 239.